# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS SMITH,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF** | : | NO. 24-925 |
| **PENNSYLVANIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 13th day of December, 2024, upon consideration of the Motion to Dismiss (ECF No. 21) filed by the Commonwealth of Pennsylvania, Governor Josh Shapiro, and the Pennsylvania Office of Attorney General (collectively, the "Commonwealth Defendants"), it is hereby **ORDERED** that the motion is **GRANTED**. The matter is dismissed with prejudice as it pertains to the Commonwealth Defendants.

BY THE COURT:

_____
HON. MIA. R. PEREZ