IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS SMITH,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** | : | **NO. 24-925** |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 20th day of December, 2024, upon consideration of the Motion to Dismiss (ECF No. 16) filed by the Bucks County Court of Common Pleas, Magisterial District Court, the Honorable Charles D. Jonas, the Honorable Raymond F. McHugh, the Honorable Robert J. Mellon, the Honorable Wallace Bateman, and the Honorable Matthew D. Weintraub (collectively, the "Judicial Defendants"), it is hereby **ORDERED** that the motion is **GRANTED**. The matter is dismissed with prejudice as it pertains to the Judicial Defendants.

BY THE COURT:

_____
HON. MIA R. PEREZ