# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS SMITH, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | NO. 24-925 |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 26th day of December, 2024, upon consideration of the Motion to Dismiss (ECF No. 13) filed by Middletown Township of Pennsylvania, Middletown Police Department, Chief of Police Joe Bartorilla, Stephanie Teoli Kuhls, and Jim Ennis (collectively, the "Middletown Defendants"), it is hereby **ORDERED** that the motion is **GRANTED**. This matter is now hereby **DISMISSED** with prejudice in its entirety.

BY THE COURT:

_____
HON. MIA R. PEREZ